AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

EARNEST LEE HAMILTON

*Plaintiff*

WASHINGOTN STATE DEPARTMENT OF CORRECTIONS, SGT. WISE, CC2 NICK WOLFINBARGER, RESOLUTION SPECIALIST GRIFFITH, RESOLUTION SPECIALIST J. RICHER, P.A. JENNIFER MYERS, DR. ERIC BALL, SGT. CARRANZA and JOHN DOE 1-10

*Defendant*

Civil Action No. 4:25-CV-05099-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No 13, the Complaint, ECF No. 1, is DISMISSED without prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rebecca L Pennell.

Date: 1/15/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*